A93A0308. COLLINS et al. v. GRAFTON, INC.
(440 SE2d 267)

JOHNSON, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Collins v. Grafton, Inc.*, 263 Ga. 441 (435 SE2d 37) (1993), our decision in *Collins v. Grafton, Inc.*, 207 Ga. App. XXVII (1993), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Blackburn and Smith, JJ., concur.*

DECIDED NOVEMBER 29, 1993.

*Willie J. Woodruff, Jr.*, for appellants.
*McClure, Ramsay & Dickerson, John A. Dickerson*, for appellee.